# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136295

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC: 136295
COA: 270900
Wayne CC: 05-010650-01

BENNIE LEE BRYANT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
                     Clerk

d0721